WILBERT E. BAKER v. DOMINICK MULLANEY.

July 12, 1977. Petition for certification denied.

STATE OF NEW JERSEY v. SAMUEL LEE CLARK.

July 12, 1977. Petition for certification denied.

CLARENCE BURD v. NEW JERSEY TELEPHONE CO.

July 12, 1977. Petition for certification granted. (See 149 *N. J. Super.* 20)

STATE OF NEW JERSEY v. NATHAN STANLEY.

July 12, 1977. Petition for certification denied. (See 149 *N. J. Super.* 326)

NATIONAL COMMUNITY BANK OF RUTHERFORD v. ALLSTATE INSURANCE CO.

July 12, 1977. Petition for certification denied.

STATE OF NEW JERSEY v. EDWARD URBANIAK.

July 12, 1977. Petition for certification denied.